No. 86–6043, 799 F. 2d 1071; No. 86–6103, 496 So. 2d 796; No. 86–6188, 806 F. 2d 560; No. 86–6300, 804 F. 2d 300.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 86–913.   HEINEMANN *v.* UNITED STATES, 480 U. S. 930;

No. 86–1293.   MALICK *v.* SANDIA CORP., 480 U. S. 935;

No. 86–6013.   BURDINE *v.* TEXAS, 480 U. S. 940;

No. 86–6318.   THOMPSON *v.* SOUTHEASTERN TOYOTA ET AL., 480 U. S. 939; and

No. 86–6405.   MATUSAVAGE *v.* UNITED STATES, 480 U. S. 950. Petitions for rehearing denied.

No. 85–1837.   BLOCK ET AL. *v.* MEESE, ATTORNEY GENERAL OF THE UNITED STATES, ET AL., 478 U. S. 1021.   Petition for rehearing denied.   JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 86–848.   HAYES *v.* UNITED STATES, 479 U. S. 1086.   Motion for leave to file petition for rehearing denied.

MAY 15, 1987

No. 86–1193.   McDONNELL DOUGLAS CORP. *v.* DANIELS ET AL. Ct. App. Cal., 2d App. Dist.   Certiorari dismissed under this Court's Rule 53.

No. 86–6896 (A–824).   MULLIGAN *v.* KEMP, WARDEN.   C. A. 11th Cir.   Application for stay of execution of sentence of death, presented to JUSTICE POWELL, and by him referred to the Court, denied.   Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153,